# United States Court of Appeals
## For the First Circuit

No. 19-1031

UNITED STATES OF AMERICA,

Appellee,

v.

ADARBAAD F. KARANI,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on January 4, 2021, is amended as follows:

On page 3, line 24, replace "FFL" with "federal firearms licensee ('FFL')"

On page 4, line 14, replace "a federal firearms licensee ("FFL") located in Woburn, Massachusetts" with "an FFL located in Woburn, Massachusetts"